

**D.M.**

v.

**J.M. & A.M. & S.H.**

**1906 MDA 2016**

Superior Court of Pennsylvania.

06/19/2017

2016-00141
(Susquehanna)

Affirmed

**M.A.B.**

v.

**H.R.B.**

**2009 MDA 2016**

Superior Court of Pennsylvania.

06/19/2017

S–348–2016
(Schuylkill)

Affirmed

**WOLF ORGANIZATION, INC.**

v.

**TNG CONTRACTORS, LLC**

**2029 MDA 2016**

Superior Court of Pennsylvania.

06/19/2017

2015–SU–001461–86 (York)

Affirmed

**COM.**

v.

**EILAND, L.**

**2077 MDA 2016**

Superior Court of Pennsylvania.

06/19/2017

CP–22–CR–0002630–2000 (Dauphin)

Affirmed

**COM.**

v.

**·ARMOLT, J.**

**23 MDA 2017**

Superior Court of Pennsylvania.

06/19/2017

CP–01–CR–0000509–2002
(Adams)

Affirmed

